PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **Docket Number:  1:03CR05461-01 AWI** |
| ) | |
| **Rubicilia Martinez De Cabrera** ) | |
| ) | |

On October 8, 2004, the above-named was placed on Supervised Release for a period of three years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:    October 20, 2006
             Fresno, California


**REVIEWED BY:**    **/s/ Bruce A. Vasquez**
             **BRUCE A. VASQUEZ
             Supervising United States Probation Officer**

**Re:   Rubiclia Martinez De Cabrera**
    **Docket Number:   1:03CR05461-01 AWI**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 13, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                              UNITED STATES DISTRICT JUDGE